*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*




## MEMORANDUM OPINION

No. 04-11-00353-CV

**IN THE INTEREST OF E.P.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02823
Honorable Richard Garcia, Judge Presiding

Opinion by:    Catherine Stone, Chief Justice

Sitting:       Catherine Stone, Chief Justice
               Phylis J. Speedlin, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  January 25, 2012

AFFIRMED

This is an appeal from the trial court's termination of appellant's parental rights to E.P.[1]

The trial court terminated appellant's parental rights based on two grounds set forth in Texas

Family Code section 161.001. *See* TEX. FAM. CODE ANN. § 161.001(1)(N), (O) (West Supp.

2010). The trial court also terminated appellant's parental rights based on the mental health

grounds set forth in Texas Family Code section 161.003. *Id*. at § 161.003 (West 2008). Finally,

the court determined termination was in E.P.'s best interest. *Id*. at §§ 161.001(2), 161.003(a)(5).

---

[1] This court previously affirmed a separate trial court order terminating appellant's parental rights to her other seven children. *In re J.D.L.*, No. 04-11-00055-CV, 2011 WL 3328719, at *1 (Tex. App.—San Antonio Aug. 3, 2011, no pet.).

Appellant's court-appointed attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Therefore, counsel concludes the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights). Counsel has attempted to provide appellant with a copy of the brief and inform her of her right to review the record and of her right to file a *pro se* brief. This court also has attempted to contact appellant, but all mail has been returned as "undeliverable." Appellant has not filed a *pro se* brief.

After reviewing the record, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed, and counsel's motion to withdraw is granted. *See Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.); *see also In re J.D.L.*, 2011 WL 3328719, at *1 (affirming judgment despite inability to inform appellant of rights pursuant to *Anders*).

Catherine Stone, Chief Justice